UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re ) | |
| ) | Case No. 08-12162 ABC |
| 4 S Development, Ltd. LLP. ) | |
| ) | Chapter 11 |
| ) | |
| Tax ID 74-3181967 ) | |
| Debtor. ) | |

**UNITED STATES TRUSTEE'S ENTRY OF APPEARANCE AND
REQUEST FOR NOTICES**

The United States Trustee ("UST") by and through undersigned counsel, files this entry of appearance and request for notices. Pursuant to Fed. R. Bankr. P. 9034(k), the UST requests that all pleadings and notices filed in this case be served on the UST at the address set forth below.

Dated:  March 3,  2008

Respectfully submitted,

CHARLES F. McVAY
UNITED STATES TRUSTEE

_S/ Joanne C. Speirs_____
By: Joanne C. Speirs, #13021
Trial Attorney
999 18th Street, Suite 1551
Denver, CO 80202
(303) 312-7252;fax(303) 312-7259
Joanne.Speirs@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify on the 3rd day of March 2008 that a copy of the United States Trustee's Notice of Appearance was served by deposit in the United States Mail, postage prepaid to the following parties:

Philipp C. Theune
1763 Franklin St.
Denver, CO 80218-1124


Virginia M. Dalton, Esq.
Pearlman & Dalton, P.C.
1775 Sherman Street, Suite 2828
Denver, Colorado  80203


                      __S/ Bev Smith__
                      Office of the U.S. Trustee