DEBTOR:    4S Development, Ltd., LLLP    POST CONFIRMATION QUARTERLY REPORT

CH. 11 CASE NO:    08-12162 ABC    FOR QUARTER ENDED:    9/30/2011

SUMMARY OF DISBURSEMENTS MADE DURING QUARTER:

| | | | |
|---|---|---|---|
| 1. | CASH BALANCE, BEGINNING OF QUARTER | $ | 20.08 |
| 2. | CASH RECEIPTS DURING QUARTER FROM ALL SOURCES | | 0 |
| 3. | CASH DISBURSEMENTS DURING QUARTER, INCLUDING PLAN PAYMENTS | ( | 9 ) |
| 4. | CASH BALANCE, END OF QUARTER (OR AS OF REPORT DATE FOR FINAL REPORT | $ | 11.08 |

SUMMARY OF AMOUNTS DISBURSED UNDER PLAN:

| | | | Paid During Quarter | Total Paid to Date | Total Pyts. Projected Under Plan |
|---|---|---|---|---|---|
| 1. | ADMINISTRATIVE EXPENSES | $ | $ | | |
| | Plan Trustee Compensation | | | 2646.91 $ | 3000 |
| | Plan Trustee Expense | | | | |
| | Attorney Fees - Trustee | | | | |
| | Attorney Fees - Debtor | | | | 120000 |
| | Other Professionals | | | | |
| | Other Administrative Expenses | | 9 | 2767.72 | 10000 |
| | TOTAL ADMINISTRATIVE EXPENSES | $ | 9 $ | 5414.63 $ | 133000 |
| 2. | SECURED CREDITORS | $ | | | |
| 3. | PRIORITY CREDITORS | $ | | | |
| 4. | UNSECURED CREDITORS | $ | | | |
| 5. | EQUITY SECURITY HOLDERS | $ | | | |
| 6. | Attach additional sheets as necessa | $ | | | |
| | TOTAL PLAN PAYMENTS | $ | 9 $ | 5414.63 $ | 133000 |

| | Amount | Date | Check No. |
|---|---|---|---|
| QUARTERLY FEE PAID: $ | 325 | 11/10/11 | |

PLAN STATUS:

|   |   | Yes | No |
|---|---|---|---|
| 1. | Have all payments been made as set forth in the confirmed plan? (If no, attach explanation.) | X | |
| 2. | Are all post-confirmation obligations current? (If no, attach explanation.) | X | |
| 3. | Projected date of application for final decree:    Unknown | | |

*I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING POST CONFIRMATION QUARTERLY REPORT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.*

Attach additional sheets as necessary        4S Development, Ltd., LLLP
                                              Reorganized Debtor

                                         By: _____
                                              Manager              Title

                                                              Form 3
                                                              ###

**DEBTOR:**    4S Development, Ltd., LLLP    **CASE NO** 08-12162 ABC

## Form 2-F
## QUARTERLY FEE SUMMARY *
### For the Month Ended:    3rd Qtr 2011

| Month | Year | | Cash Disbursements ** | Quarterly Fee Due | Check No | Date Paid |
|---|---|---|---|---|---|---|
| January | 2011 | $ | 3 | | | |
| February | 2011 | | 3 | | | |
| March | 2011 | | 3 | | | |
| | | | | | 1006 | 4/6/2011 0:00 |
| TOTAL 1st Quarter | | $ | 9 | $ 325 | | |
| April | 2011 | $ | 3.00 | | | |
| May | 2011 | | 203.00 | | | |
| June | 2011 | | 3 | | | |
| TOTAL 2nd Quarter | | $ | 209 | $ 325 | 1012 | July 29, 2011 |
| July | 2011 | $ | 3 | | | |
| August | 2011 | | 3 | | | |
| September | 2011 | | 3 | | | |
| TOTAL 3rd Quarter | | $ | 9 | $ 325 | | |
| October | 2011 | $ | | | | |
| November | 2011 | | | | | |
| December | 2011 | | | | | |
| TOTAL 4th Quarter | | $ | 0 | $ | | |

---

### FEE SCHEDULE

| Quarterly Disbursements | Fee | Quarterly Disbursements | Fee |
|---|---|---|---|
| $0 to $14,999..................... | $325 | $1,000,000 to $1,999,999..... | $6,500 |
| $15,000 to $74,999............ | $650 | $2,000,000 to $2,999,999..... | $9,750 |
| $75,000 to $149,999.......... | $975 | $3,000,000 to $4,999,999..... | $10,400 |
| $150,000 to $224,999........ | $1,625 | $5,000,000 to $14,999,999... | $13,000 |
| $225,000 to $299,999........ | $1,950 | $15,000,000 to $29,999,999. | $20,000 |
| $300,000 to $999,999........ | $4,875 | $30,000,000 or more............ | $30,000 |

---

\*   This summary is to reflect the current calendar year's information cumulative to the end of the reporting period

\*\*  Should agree with line 3, Form 2-B.  Disbursements are net of transfers to other debtor in possession bank accounts

*Failure to pay the quarterly fee is cause for conversion or dismissal of the chapter 11 case. [11 U.S.C. Sec. 1112(b)(10)]*

**DEBTOR** 4S Development, Ltd., LLLP        **CASE NO** 08-12162 ABC

**Form 2-G**
## NARRATIVE
For Period Ended:        3rd Qtr 2011

**Please provide a brief description of any significant business and legal actions taken by the debtor, its creditors, or the court during the reporting period, any unusual or non-recurring accounting transactions that are reported in the financial statements, and any significant changes in the financial condition of the debtor which have occurred subsequent to the report date.**

In reference to the plan status of the Post Confirmation Quarterly report, no assets have been sold and there have not been any accounts receivable to allow for payment of debtors obligations.  Trustee quarterly fees are paid in full through 3rd quarter 2011.  An offer on the 140 acre parcel by the first note holder is: for 80 acres Jack Horner will release his note on the remaining 60 acres.

**DEBTOR:**   4S Development, Ltd., LLLP **POST CONFIRMATION QUARTERLY REPORT**

**CH. 11 CASE NO:**   08-12162 ABC        **FOR QUARTER ENDED:**          9/30/2011

**SUMMARY OF DISBURSEMENTS MADE DURING QUARTER:**

| | | | |
|---|---|---|---|
| 1. | CASH BALANCE, BEGINNING OF QUARTER | $ | 20.08 |
| 2. | CASH RECEIPTS DURING QUARTER FROM ALL SOURCES | | 0 |
| 3. | CASH DISBURSEMENTS DURING QUARTER, INCLUDING  PLAN PAYMENTS ( | | 9 ) |
| 4. | CASH BALANCE, END OF QUARTER (OR AS OF REPORT DATE FOR FINAL REPORT | $ | 11.08 |

**SUMMARY OF AMOUNTS DISBURSED UNDER PLAN:**

| 1. | ADMINISTRATIVE EXPENSES | | Paid During Quarter | | Total Paid to Date | | Total Pyts. Projected Under Plan |
|---|---|---|---|---|---|---|---|
| | Plan Trustee Compensation | $ | | $ | 2646.91 | $ | 3000 |
| | Plan Trustee Expense | | | | | | |
| | Attorney Fees - Trustee | | | | | | |
| | Attorney Fees - Debtor | | | | | | 120000 |
| | Other Professionals | | | | | | |
| | Other Administrative Expenses | | 9 | | 2767.72 | | 10000 |
| | TOTAL ADMINISTRATIVE EXPENSES | $ | 9 | $ | 5414.63 | $ | 133000 |
| 2. | SECURED CREDITORS | $ | | | | | |
| 3. | PRIORITY CREDITORS | $ | | | | | |
| 4. | UNSECURED CREDITORS | $ | | | | | |
| 5. | EQUITY SECURITY HOLDERS | $ | | | | | |
| 6. | Attach additional sheets as nece: | $ | | | | | |
| | **TOTAL PLAN PAYMENTS** | $ | 9 | $ | 5414.63 | $ | 133000 |

| | | | Amount | Date | Check No. |
|---|---|---|---|---|---|
| **QUARTERLY FEE PAID:** | | $ | 325 | 11/10/11 | |

**PLAN STATUS:**                                                              Yes No

| | | | |
|---|---|---|---|
| 1. | Have all payments been made as set forth in the confirmed plan?  (If no, attach explanation.) | X | |
| 2. | Are all post-confirmation obligations current?  (If no, attach explanation.) | X | |
| 3. | Projected date of application for final decree: | Unknown | |

*I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING POST CONFIRMATION QUARTERLY REPORT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.*

Attach additional sheets as necessary      4S Development, Ltd., LLLP
                                           _____
                                                    Reorganized Debtor
                                    By:    _____
                                           Manager
                                                    Title

Form 3
###

# Low Activity Business Checking

Account number:  **6350115827**  ■  August 20, 2011 - September 22, 2011  ■  Page 1 of 3



4S DEVELOPMENT, LTD.
DEBTOR IN POSSESSION
CH.11, CASE # 08-12162 (CO)
721 ESTATES BLVD
GRAND JUNCTION CO 81505-9599

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:*  wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (163)
　　　　P.O. Box 5247
　　　　Denver, CO 80274

## Your Business and Wells Fargo

Access Wells Fargo/Gallup's Small Business Index reports, press releases and podcasts at wellsfargobusinessinsights.com/small-business-index. The quarterly index reflects small business owner optimism, perceptions of current conditions (past 12 months) and future expectations (next 12 months) relating to financial situation, revenues, cash flow, capital spending, jobs and credit availability.

## Account options

*A check mark in the box indicates you have these convenient services with your account.  Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Rewards for Business Check Card | ☐ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---:|
| Beginning balance on 8/20 | $14.08 |
| Deposits/Credits | 0.00 |
| Withdrawals/Debits | - 3.00 |
| **Ending balance on 9/22** | **$11.08** |
| Average ledger balance this period | $14.08 |

Account number:  **6350115827**

**4S DEVELOPMENT, LTD.**
**DEBTOR IN POSSESSION**
**CH.11, CASE # 08-12162 (CO)**

*Colorado account terms and conditions apply*

For Direct Deposit and Automatic Payments use
Routing Number (RTN):  102000076

For Wire Transfers use
Routing Number (RTN):  121000248

### Overdraft Protection

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed at the top of your statement or visit your Wells Fargo branch.

Account number: **6350115827**   ■   August 20, 2011 - September 22, 2011   ■   Page 2 of 3



## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 9/22 | | Monthly Service Fee | | 3.00 | 11.08 |
| **Ending balance on 9/22** | | | | | **11.08** |
| **Totals** | | | **$0.00** | **$3.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

With Wells Fargo Business Online, you can get free*, timely account alerts to notify you when important transactions occur. Choose to be notified when a deposit or withdrawal posts, when balances fall below a certain level, and more. You can also customize how you'd like to be notified - by email, text message, or both. It's an easy way to stay on top of critical business information.

Setting up alerts is easy. Simply sign on to Wells Fargo Business Online at wellsfargo.com/biz. Select the "Messages & Alerts" tab, then select "Set Up/Modify Alerts".

*For alerts sent to your wireless device, service provider and applicable account activity fees may apply.

 IMPORTANT ACCOUNT INFORMATION

IMPORTANT NOTICE - The enclosed Wells Fargo-Wachovia update insert contains a story entitled "Financial solutions for college". The display in the story refers to the Wells Fargo Student Loan for Parents. To learn more about this and other student loan products, please visit wellsfargo.com/student today.

 - Wells Fargo Bank is consistently rated as "Outstanding" for the Community Reinvestment Act (CRA) by federal regulators, the highest rating a financial services institution can receive.

Account number: **6350115827** ■ August 20, 2011 - September 22, 2011 ■ Page 3 of 3



---

### General statement policies for Wells Fargo Bank

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

### Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**

**B.** Any deposits listed in your        $ _____
register or transfers into        $ _____
your account which are not        $ _____
shown on your statement.       + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | **Total amount** $ | |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

# Low Activity Business Checking

Account number:  **6350115827**  ▪  July 23, 2011 - August 19, 2011  ▪  Page 1 of 3



4S DEVELOPMENT, LTD.
DEBTOR IN POSSESSION
CH.11, CASE # 08-12162 (CO)
721 ESTATES BLVD
GRAND JUNCTION CO 81505-9599

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:*  wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (163)
P.O. Box 5247
Denver, CO 80274

## Your Business and Wells Fargo

Access Wells Fargo/Gallup's Small Business Index reports, press releases and podcasts at wellsfargobusinessinsights.com/small-business-index. The quarterly index reflects small business owner optimism, perceptions of current conditions (past 12 months) and future expectations (next 12 months) relating to financial situation, revenues, cash flow, capital spending, jobs and credit availability.

## Account options

*A check mark in the box indicates you have these convenient services with your account.  Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Rewards for Business Check Card | ☐ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

Do you need to order business checks?
Here are 3 easy ways to order:
1) Login to wellsfargo.com/checks
2) Call Harland Clarke at 1-800-237-8982 (Monday-Friday 5am-9pm PST, Saturday 5am-4pm PST)
3) Contact your banker

## Activity summary

| | |
|---|---|
| Beginning balance on 7/23 | $17.08 |
| Deposits/Credits | 0.00 |
| Withdrawals/Debits | - 3.00 |
| **Ending balance on 8/19** | **$14.08** |
| Average ledger balance this period | $17.08 |

Account number:  **6350115827**

**4S DEVELOPMENT, LTD.**
**DEBTOR IN POSSESSION**
**CH.11, CASE # 08-12162 (CO)**

*Colorado account terms and conditions apply*

For Direct Deposit and Automatic Payments use
Routing Number (RTN):  102000076

For Wire Transfers use
Routing Number (RTN):  121000248

Account number:  **6350115827**  ■  July 23, 2011 - August 19, 2011  ■  Page 2 of 3



**Overdraft Protection**
This account is not currently covered by Overdraft Protection.  If you
would like more information regarding Overdraft Protection and
eligibility requirements please call the number listed at the top of
your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|--------------|-------------|-------------------|---------------------|----------------------|
| 8/19 | | Monthly Service Fee | | 3.00 | 14.08 |
| **Ending balance on 8/19** | | | | | **14.08** |
| **Totals** | | | **$0.00** | **$3.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your
transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

 # IMPORTANT ACCOUNT INFORMATION

When Change Comes
Wells Fargo Online can help you keep up with your everyday financial needs. Easily move money between your Wells Fargo accounts,
or to and from your accounts at other banks. Monitor your Wells Fargo accounts with text and email account alerts. Manage
budgeting, spending, and saving with user-friendly online tools. Go to wellsfargo.com (consumer accounts) or wellsfargo.com/biz
(business accounts) to sign up or sign on today.

Account number: **6350115827** ■ July 23, 2011 - August 19, 2011 ■ Page 3 of 3



---

### General statement policies for Wells Fargo Bank

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

### Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**

**B.** Any deposits listed in your $ _____
register or transfers into $ _____
your account which are not $ _____
shown on your statement. + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  | **Total amount** $ |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

# Low Activity Business Checking

Account number:  **6350115827**  ■  June 22, 2011 - July 22, 2011  ■  Page 1 of 3



4S DEVELOPMENT, LTD.
DEBTOR IN POSSESSION
CH.11, CASE # 08-12162 (CO)
721 ESTATES BLVD
GRAND JUNCTION CO 81505-9599

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (163)
P.O. Box 5247
Denver, CO 80274

## Your Business and Wells Fargo

Access Wells Fargo/Gallup's Small Business Index reports, press releases and podcasts at wellsfargobusinessinsights.com/small-business-index. The quarterly index reflects small business owner optimism, perceptions of current conditions (past 12 months) and future expectations (next 12 months) relating to financial situation, revenues, cash flow, capital spending, jobs and credit availability.

## Account options

*A check mark in the box indicates you have these convenient services with your account.  Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Rewards for Business Check Card | ☐ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

 # IMPORTANT ACCOUNT INFORMATION

Starting August 14, 2011, if you currently receive a separate monthly statement for this and other accounts, they may be combined if they have the same account owner(s) and same mailing address. The information you currently receive will not change - it will simply be consolidated into one easy-to-read statement to save you time when organizing your financial records. We hope you will enjoy this new convenience and "greener" approach. If you do not want your statements combined, please talk to your banker or call the number on your statement.

## Activity summary

| | |
|---|---|
| Beginning balance on 6/22 | $20.08 |
| Deposits/Credits | 0.00 |
| Withdrawals/Debits | - 3.00 |
| **Ending balance on 7/22** | **$17.08** |
| Average ledger balance this period | $20.08 |

Account number:  **6350115827**

**4S DEVELOPMENT, LTD.**
**DEBTOR IN POSSESSION**
**CH.11, CASE # 08-12162 (CO)**

*Colorado account terms and conditions apply*

For Direct Deposit and Automatic Payments use
Routing Number (RTN):  102000076

For Wire Transfers use
Routing Number (RTN):  121000248

Account number:   **6350115827**   ■   June 22, 2011 - July 22, 2011   ■   Page 2 of 3



**Overdraft Protection**
This account is not currently covered by Overdraft Protection. If you
would like more information regarding Overdraft Protection and
eligibility requirements please call the number listed at the top of
your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-------|-------------|----------|----------|---------|
| 7/22 | | Monthly Service Fee | | 3.00 | 17.08 |
| **Ending balance on 7/22** | | | | | **17.08** |
| **Totals** | | | **$0.00** | **$3.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your
transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

Account number: **6350115827** ■ June 22, 2011 - July 22, 2011 ■ Page 3 of 3



---

### General statement policies for Wells Fargo Bank

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

### Account Balance Calculation Worksheet

| Number | Items Outstanding | Amount |
|---|---|---|
| | | |

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**

**B.** Any deposits listed in your            $ _____
register or transfers into            $ _____
your account which are not            $ _____
shown on your statement.          + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . $ _____

Total amount $ _____

---

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801